1
2
3
4
5
6
7
8
9
10
11
12
13
14                    UNITED STATES DISTRICT COURT
15                    CENTRAL DISTRICT OF CALIFORNIA
16
17
18  DOUBLE COIN HOLDINGS, LTD.,      )  Case No. 2:20-cv-00740-PA-SK
    a corporation of the People's    )
19  Republic of China; DOUBLE COIN   )  *Assigned for all purposes to the*
    TYRE GROUP, LTD., a corporation  )  *Honorable Percy Anderson*
20  of the People's Republic of China; )
    and CHINA MANUFACTURERS          )  **ORDER RE**
21  ALLIANCE, LLC, a California      )  **STIPULATED APPLICATION**
    limited liability company,       )  **FOR LEAVE TO FILE EXHIBIT**
22                                   )  **UNDER SEAL**
                  Plaintiffs,        )
23                                   )
         vs.                         )
24                                   )  [Filed concurrently with:
    TRUDEVELOPMENT, INC., a          )  Stipulated Application for Leave to
25  Massachusetts domestic profit    )  File Under Seal; Declaration of
    corporation, a.k.a. TRUCK TIRES, )  Joseph E. Mueth In Support;
26  INC.; and DOES 1 through 10,     )  Redacted Version of Document
    inclusive,                       )  Proposed to be Filed Under Seal; and
27                                   )  Unredacted Version of Document
                  Defendants.        )  Proposed to be Filed Under Seal]
28  _____  )

                                         Case No.  2:20-cv-00740-PA-SK
                                         **[PROPOSED] ORDER RE STIPULATED**
                                         **APPLICATION TO FILE UNDER SEAL**

Plaintiffs Double Coin Holdings, Ltd., Double Coin Tyre Group, Ltd. and China Manufacturers Alliance, LLC, and Defendant TruDevelopment, Inc.'s application for leave to file under seal in the above-captioned matter came before the Court on _____, 2020.  Having read and considered the application, supporting declaration and exhibits submitted by the parties, the Court hereby grants the parties request for leave.

The parties are hereby ordered to file the following document under seal:

- **Exhibit A** to the proposed Consent Judgment filed March 10, 2020.

**IT IS SO ORDERED.**

DATED:_____

**DENIED**
BY ORDER OF
***
UNITED STATES DISTRICT JUDGE
03/30/20

_____
Hon. Percy Anderson
United States District Court Judge

***The showing is insufficient.  Moreover, since the Court declines to retain jurisdiction to enforce the terms of the consent decree or the settlement agreement and the only document filed as an Exhibit has been redacted, there is little reason to file the exhibit under seal.