Joseph E. Mueth
jmueth@josephemueth.com
Joseph E. Mueth Law Corporation
225 South Lake Avenue, Suite 300
Pasadena, California 91101
Tel: (626) 584-0396
Fax: (626) 584-6862
California State Bar No. 35114

Attorneys for Plaintiffs
DOUBLE COIN HOLDINGS, LTD.,
DOUBLE COIN TYRE GROUP, LTD.
and CHINA MANUFACTURERS ALLIANCE, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLE COIN HOLDINGS, LTD., a corporation of the People's Republic of China; DOUBLE COIN TYRE GROUP, LTD., a corporation of the People's Republic of China; and CHINA MANUFACTURERS ALLIANCE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUDEVELOPMENT, INC., a Massachusetts domestic profit corporation, a.k.a. TRUCK TIRES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00740-PA-SK<br><br>**CONSENT JUDGMENT** |

Plaintiffs Double Coin Holdings, Ltd., Double Coin Tyre Group, Ltd. and China Manufacturers Alliance, LLC (collectively, "Double Coin") and Defendant TruDevelopment, Inc. ("Tru") (collectively, the "Parties") have agreed to settle all claims among them in the above captioned matter, pursuant to a confidential Settlement Agreement (the "Settlement Agreement"), and to entry of this Consent Judgment. Appended hereto under seal as **Exhibit A** is a true and correct copy of the Settlement Agreement. The Court, being advised of the Parties' agreement, HEREBY ORDERS, ADJUDGES and DECREES THAT:

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and personal jurisdiction over the Parties. Venue is proper in the United States District Court for the Central District of California under 28 U.S.C. §§ 1391(b).

2. Plaintiff Double Coin Tyre Group, Ltd. is the assignee from original owner Double Coin Holdings, Ltd. and is the current owner of U.S. Trademark Registration No. 3,335,545 for WARRIOR in International Class 12 for "Casings for pneumatic tires; inner tubes for pneumatic tires; inner tubes for bicycles; tire flaps; vehicle wheel tires; automobile tires; tires for vehicle wheels; cycle tires; solid tires for vehicle wheels", (the "WARRIOR trademark").

3. The WARRIOR trademark is valid and enforceable.

4. Tru acknowledges and agrees that it has infringed the WARRIOR trademark by offering for sale and selling tires bearing the ROAD WARRIOR trademark in violation of 15 U.S.C. § 1114.

5. All tires that are embossed with the ROAD WARRIOR trademark, or that are labeled with or are encased in product packaging bearing the ROAD WARRIOR trademark (the "Enjoined Products") infringe the WARRIOR trademark.

/ / /

/ / /

6. Tru and its respective officers, agents, representatives, affiliates, assignees, successors, and all persons acting on behalf of or at the direction of, or in concert or in participation with Tru are hereby permanently enjoined from manufacturing, having manufactured, advertising, promoting, selling online, marketing online, using, offering to sell, selling or importing into the United States the Enjoined Products, and from inducing others to infringe the WARRIOR trademark by manufacturing, having manufactured, advertising, promoting, selling online, marketing online, using, offering to sell, selling or importing into the United States the Enjoined Products.

7. Tru agrees to allow the United States Patent and Trademark Office to cancel the ROAD WARRIOR trademark.

8. Tru agrees to refrain from adopting, using or registering any trademark bearing the term "Warrior" or any confusingly similar term.

9. This Court declines to retain jurisdiction for purposes of enforcing the terms of this Consent Judgment and the Settlement Agreement.

10. Tru acknowledges and agrees that any violation of this Consent Judgment would constitute contempt of this Court's order, and therefore subject Tru, in addition to any other remedies available to Double Coin at law or equity, to civil and criminal sanctions.

11. If Tru is found by the Court to be in contempt of, or otherwise to have violated this Consent Judgment, and/or to have breached the Settlement Agreement, Double Coin will suffer irreparable harm. In addition to equitable remedies available for contempt or violation of this Consent Judgment and/or for breach of the Settlement Agreement, Double Coin shall be entitled to any damages caused by Tru's contempt or violation of this Consent Judgment and/or breach of the Settlement Agreement, and to recover its attorneys' fees, costs and other expenses incurred in enforcing the Consent Judgment and/or the Settlement Agreement.

12. Other than provided in paragraph 11 of this Consent Judgment, each party shall bear its own costs and attorneys' fees.

13. No appeal shall be taken by Tru from this Consent Judgment, the right to appeal having been expressly waived.

PURSUANT HERETO, the Clerk of this Court is directed to enter Final Judgment in favor of Plaintiffs, without further notice.

**IT IS SO ORDERED, ADJUDGED AND DECREED** this <u>30th</u> day of <u>March</u>, 2020.

_____ ***
Hon. Percy Anderson
United States District Court Judge

***This Court declines to retain jurisdiction for the purpose of enforcing the terms of the consent decree or the settlement agreement or for any other purpose.

APPROVED AS TO FORM AND CONTENT

Dated: March 30, 2020

s/josephemueth/                                    _____

**JOSEPH E. MUETH LAW CORPORATION**
Joseph E. Mueth, Esq. (SBN 351114)
jmueth@josephemueth.com
225 S. Lake Ave.
Suite 300
Pasadena, CA 91101
Tel: 626-584-0396
Fax: 626-584-6862

*Attorneys for Double Coin Holdings, Ltd., Double Coin Tyre Group, Ltd. and China Manufacturers Alliance, LLC.*

**LANDVER LAW CORPORATION, APC**
Alina Landver, Esq. (SBN 231077)
alina@landverlaw.com
8200 Wilshire Boulevard, PH Suite 400
Beverly Hills, CA 90211
Tel: (310) 461-3737
Fax: (310) 461-3736

*Attorneys for TruDevelopment, Inc.*

Case No. 2:20-cv-00740-PA-SK
CONSENT JUDGMENT

-4-

EXHIBIT A

## CONFIDENTIAL SETTLEMENT AGREEMENT

This Confidential Settlement Agreement ("Agreement") is made effective as of the last signature date below ("Effective Date") by and between Double Coin Holdings, Ltd., a corporation of the People's Republic of China, Double Coin Tyre Group, Ltd., a corporation of the People's Republic of China, and China Manufacturers Alliance, LLC, a California limited liability company (collectively "Double Coin") and TruDevelopment, Inc., a Massachusetts domestic profit corporation ) ("Tru"). Double Coin and Tru may be collectively referred to herein as the "Parties" and individually as a "Party."

**RECITALS**

[redacted]

**AGREEMENT**

[redacted]

CONFIDENTIAL FOR ATTORNEYS EYE'S ONLY



[redacted]

CONFIDENTIAL FOR ATTORNEYS EYE'S ONLY



[redacted]

CONFIDENTIAL FOR ATTORNEYS EYE'S ONLY



[redacted]

CONFIDENTIAL FOR ATTORNEYS EYE'S ONLY



[redacted]

CONFIDENTIAL FOR ATTORNEYS EYE'S ONLY



[redacted]

CONFIDENTIAL FOR ATTORNEYS EYE'S ONLY

The Parties acknowledge the acceptance of the terms and conditions set forth in this Agreement through the signatures of their duly authorized representatives on the dates appearing under such signatures below.

**Double Coin Holdings, Ltd.**

_____

By: Xiaobo "Dean" Jin
Title: International Trade Director

Dated: March _26_, 2020

**Double Coin Tyre Group, Ltd.**

_____

By: Xiaobo "Dean" Jin
Title: International Trade Director

Dated: March _26_, 2020

**TruDevelopment, Inc.**

_____

By: David Abotbool
Title: President

Dated: March _25_, 2020

**China Manufacturers Alliance, LLC**

_____

By: Zhi-Ming ("Mike") Yang
Title: President

Dated: March _26_, 2020

CONFIDENTIAL FOR ATTORNEYS EYE'S ONLY

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the instant case. On March 30, 2020, I served a true and complete copy of the following documents:

1. Stipulation Application for Leave To File Exhibit A Under Seal;
2. Declaration of Joseph E. Mueth In Support Of Stipulation Application for Leave To File Exhibit A Under Seal;
3. Redacted Version of Document Proposed to be Filed Under Seal;
4. Unredacted Version of Document Proposed to be Filed Under Seal;
5. [Proposed] Order re Application for Leave to File Under Seal; and
6. Consent Judgment

electronically to the following:

    Alina Landver, Esq.
    LANDVER LAW CORPORATION, APC
    8200 Wilshire Boulevard, PH Suite 400
    Beverly Hills, California 90211
    alina@landverlaw.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direct the service was made.

                                  /sallyshore/
                              Sally Shore
                              Paralegal
                              Joseph E. Mueth Law Corporation
                              225 S. Lake Avenue, Suite 300
                              Pasadena, California 91101